UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

Plaintiff,

v.

SAMUEL FLORES-JIMENEZ,

Defendant.

Case No. MJ11-519

**DETENTION ORDER**

Defendant who is charged by complaint with Distribution of Methamphetamine and Alien in Possession of a Firearm appeared before the Court this date for a detention hearing. The Court conducted a detention hearing under Title 18 U.S.C. § 3142(f). Based on the factual findings and statement of reasons for detention hereafter set forth, the Court finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court received no information about defendant's ties to the community, residence, employment, financial status or health. Defendant has a criminal history including prior deportations. He has no legal status in this country and there is an immigration detainer lodged against him. He has failed to overcome the presumption of detention which attaches based on

DETENTION ORDER - 1

the offenses charged and also stipulated to detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge